An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID GONZALES-TEJEDA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66503

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for reconsideration. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Gibbons

_____, J.     _____, J.
Pickering                        Saitta

---

[1]We have received the proper person documents submitted with this appeal, and we conclude that no relief is warranted in light of the dismissal of this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40568

cc: Hon. Elliott A. Sattler, District Judge
David Gonzales-Tejeda
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

Supreme Court
of
Nevada

(O) 1947A